Gail Migdal Title (SBN 49023)
Joel R. Weiner (SBN 139446)
Gloria C. Franke (SBN 246390)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:   310.788.4471

**JS-6**

Attorneys for Defendants
PILGRIM FILMS & TELEVISION, INC., NBC UNIVERSAL, INC., CRAIG PILIGIAN, JASON HAWES and UNIVERSAL TELEVISION NETWORKS

Thomas V. Girardi (SBN 36603)
Graham B. LippSmith (SBN 221984)
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone:  213.977.0211
Facsimile:   213.481.1554

Attorneys for Plaintiffs
LARRY MONTZ and DAENA SMOLLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| DR. LARRY MONTZ and DAENA SMOLLER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PILGRIM FILMS & TELEVISION, INC.; NBC UNIVERSAL, INC.; CRAIG PILIGIAN; JASON CONRAD HAWES; UNIVERSAL TELEVISION NETWORKS; and DOES 1 through 10<br><br>    Defendants. | **CASE NO. CV06-7174 FMC (MANx)**<br><br>**JUDGMENT** |

## JUDGMENT

On July 13, 2007, the Court issued an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Complaint, ruling, among other things, that Plaintiffs' causes of action for breach of implied contract, unjust enrichment, breach of confidence, violation of publicity rights, violation of the Lanham Act, and unfair competition were DISMISSED WITH PREJUDICE.

On August 28, 2008, with leave of court, Plaintiffs filed a First Amended Complaint asserting a single claim for relief for copyright infringement against defendants Pilgrim Films & Television, NBC Universal, Inc., Craig Piligian, Jason Conrad Hawes, Universal Television Networks, Inc. and Does 1 through 10 (collectively, "Defendants").  Thereafter, pursuant to stipulation of the parties, Plaintiffs' First Amended Complaint was DISMISSED WITH PREJUDICE.

As a result of the above dismissals, there are no remaining claims to be adjudicated in the district court against any Defendants, and thus, entry of final Judgment is appropriate.  Further, the parties have stipulated that Judgment shall be entered in favor of Defendants, with the parties each to bear their own fees and costs, and that Plaintiffs may pursue an appeal solely regarding the breach of implied contract and breach of confidence claims as alleged and/or requested to be alleged in this action, subject to all defenses, with all other claims and appeals having been waived and released by Plaintiffs;

///
///
///
///
///
///
///
///

1    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND
2 DECREED that:
3    1.   Judgment is entered in favor of Defendants and against Plaintiffs;
4    2.   Plaintiffs shall recover nothing by way of their Complaint or First
5 Amended Complaint;
6    3.   The parties shall each bear their own attorney's fees and costs incurred in
7 this litigation through the date of entry of this Judgment.

**IT IS SO ORDERED.**

Dated:  November 5, 2008

_____
The Honorable Florence-Marie Cooper
United States District Court Judge